AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ALPHONSO R. LEE,

                          Plaintiff,

                                                         JUDGMENT IN A CIVIL CASE

                            v.

AFT-YAKIMA,

                                                         CASE NUMBER: CV-09-3112-EFS

                        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant with prejudice pursuant to the Order Ruling on Motions, which granted Defendant's Motion for Summary Judgment, entered on June 3, 2011, ECF No. 94.

| | |
|---|---|
| 6/3/2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |